In the Matter of JOHN B. PHARR, JR., an Attorney.— Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.

In the Matter of EDWARD S. MORAN, JR., an Attorney.— Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Tilzer, JJ.

## (November 19, 1970)

GRAMERCY MARKETING SERVICES, INC., Respondent-Appellant, v. WATERMAN-BIC PEN CORP., Appellant-Respondent.— Concur — Stevens, P. J., Capozzoli, McGivern and Markewich, JJ.